IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTON CLARKE THOR MERRILL,<br><br>Defendant. | CR 20-33-BU-DLC<br><br><br>ORDER |

Defendant Anton Clarke Thor Merrill has filed an Unopposed Motion to Set Change of Plea Hearing for Video Appearance. (Doc. 28.) Good cause appearing, IT IS ORDERED that Defendant's motion to appear remotely at the March 18, 2021 change of plea hearing is GRANTED.

The Clerk of Court shall notify counsel for Defendant via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 10th day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1