IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTON CLARKE THOR MERRILL,<br><br>Defendant. | CR 20–33–BU–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 37.) Defendant Anton Clarke Thor Merrill appeared before United States Magistrate Judge DeSoto on March 18, 2021 and entered a plea of guilty to the Indictment. He also admitted the forfeiture allegation. (Doc. 34.) On April 2, 2021, the Court adopted Judge DeSoto's recommendation and adjudicated Merrill guilty as charged in the Indictment. (Doc. 39.) Merrill's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

(1)     The motion (Doc. 37) is GRANTED.

(2)     Merrill's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Bryco Arms J25 pistol, Cal. 25, SN obliterated; and
- 2 rounds unknown Cal. 25 ammunition.

(3)     The United States Marshals Service, the Bureau Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law.

(4)     The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 26 U.S.C. § 5872(b), and to make its return to this Court that such action has been completed.

(5)     Upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 2nd day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court