IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTON CLARKE THOR MERRILL, <br><br> Defendant. | CR 20–33–BU–DLC <br><br><br> ORDER |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture. (Doc. 43.)

After reviewing the motion, the Court finds:

(1) The United States commenced this action pursuant to 18 U.S.C. § 924(d).

(2) A Preliminary Order of Forfeiture was entered on April 2, 2021. (Doc. 40.)

(3) All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 41.)

(4) Cause appears to issue a forfeiture order pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1

(1) The motion (Doc. 43) is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Bryco Arms J25 pistol, Cal. 25, SN obliterated; and
- 2 rounds unknown Cal. 25 ammunition.

(3) The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of June, 2021.

Dana L. Christensen, District Judge
United States District Court